# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150091

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 150091
                                        COA: 320845
                                        Wayne CC:  07-009646-FH

ADAM GLENN SCHROEDER,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 22, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2015



a0518
                                       Clerk